## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF            *

                                   *

JEANNETTE RODRIGUEZ LEBRON

                                   *           **CASE # 10-01736ESL**

                                   *           **CHAPTER 13**

DEBTOR/S                      *

******************************************

### DEBTOR/S OBJECTION TO CLAIM FILED BY
### BAXTER CREDIT UNION CLAIM DOCKET # 2

**TO THE HONORABLE COURT:**

Comes now the debtor/s through his/her/their undersigned attorney and very respectfully prays and estates.

1) That debtor is objecting the portion of secured claim filed by creditor ,
Baxter Credit Union on the following arguments.

       A) Not in conformity to Bankruptcy. Rules 3001(d) and 3007
   The mentioned Rules requires that the representation of the debt should be filed with elements that did permit the determination of the validity of the claim.
      In the instant case claiming a partially secured interest with

       A) NO EVIDENCE OF THE VALUE OF COLLATERAL AS represented
       B) INCLUSION OF POST-FILING NO MATURE INTEREST.
       C) ACCOUNT STATEMENT CONTRADICTORY WITH AMOUNT OF
CLAIM.

2) No in conformity with 11 USC Secc 506 regarding secured and unsecured portions of a secured claim when his collateral object value is much less that the amount claimed as secured.

3) The secured creditor Baxter Credit Union filed his claim # 2 claiming a secured claim for the Total of $ 20.393.48       .
The attached evidence to the claim clearly shows that the claimed amount is the compound of the Total balance of the loan $ 15.627.87 plus and including in it the amount of $ 4.765.61 for the non mature interests and other items and without taking into consideration the market value of the collateral .

4) The claim's page # 1 of claim # 2 stated that the value of the collateral is equal to the amount of the loan , without any evidence of valuation nor any appreciation of the actual market value of the collateral object.

5) A simple revue of the Kelley Blue Book or any other entity of pricing vehicles of motor demonstrated that the value of the collateral is much less that the one indicated in creditor's claim.

The debtor is attaching to this motion the photocopies of the Kelley Blue Book showing the fair or replacement value of a vehicle as the one that collateralize the creditor's object be $ 8.990.00 and if in excellent conditions $ 10.765.00

WHEREFORE the debtor very respectfully prays from the Court to take notice of the above and that the debtor is objecting the proof-of claim # 2 filed by Baxter Credit Union in his part claimed as secured portion.

The debtor furthermore prays from the Court to disallow the proof of claim docket number in relation to the secured portion claimed and to allow the total of the claim # 2 in the amount of the excellent condition of his collateral $ 10.765.00 as secured claim and in the amount of $ 3.628.48 as unsecured debt .

In Carolina Puerto Rico this 30 th day of June 2010

MORENO AND MORENO LAW OFFICE
/s/RAFAEL MORENO GARCIA
P.O. BOX 679-TRUJILLO ALTO P.R. 00977
TELPH. 787-750-8160
USCD PR 202708
moreno97@prtc.net



2008 Mitsubishi Lancer - Private Party Pricing Report - Kelley Blue...     http://www.kbb.com/kbb/UsedCars/PricingReport.aspx?YearId=20...

- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

## Good

$10,090

- Free of any major defects.
- Clean title history, the paints, body, and interior have only minor (if any) blemishes, and there are no major mechanical problems.
- Little or no rust on this vehicle.
- Tires match and have substantial tread wear left.
- A "good" vehicle will need some reconditioning to be sold at retail

Most consumer owned vehicles fall into this category.

## Fair

$8,990

- Some mechanical or cosmetic defects and needs servicing but is still in reasonable running condition.
- Clean title history, the paint, body and/or interior need work performed by a professional.
- Tires may need to be replaced.
- There may be some repairable rust damage.

## Poor

N/A

- Severe mechanical and/or cosmetic defects and is in poor running condition.
- May have problems that cannot be readily fixed such as a damaged frame or a rusted-through body.
- Branded title (salvage, flood, etc.) or unsubstantiated mileage.

Kelley Blue Book does not attempt to report a value on a "poor" vehicle because the value of these vehicles varies greatly. A vehicle in poor condition may require an independent appraisal to determine its value.

* Puerto Rico 6/30/2010

**Accurate Condition Appraisal**          Change Condition

Accurately appraising the condition of a vehicle is an important aspect in determining its Blue Book value. Taking our 16 question condition quiz will ensure you know the correct condition rating.

# NEXT STEP: SEARCH LOCAL LISTINGS

© 2010 Kelley Blue Book Co., Inc. All rights reserved. 6/25/2010-7/1/2010 Edition The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.10070)

———— advertisement ————

2 of 3                                                                                    6/30/2010 9:27 AM

| On KBB.com | Home   New Cars   Certified Pre-Owned   Used Cars   Research   Reviews & News   Dealers   Cars For Sale   Loans & Insurance   KBB®Green   KBB℠ Mobile   Motorcycles |
| --- | --- |
| **Featuring** | New York Auto Show   New Cars For Sale   Used Cars For Sale   New Car Prices   5 Great Car Deals   Car Reviews   Car Videos   Auto Shows |
| **About KBB** | About Us   Contact Us   Careers   FAQ   Media   Advertising   Linking   Privacy   Site Map   Copyright & Trademarks   Terms of Service |
| © 1995-2010 Kelley Blue Book Co., Inc.   Business Inquiries | |

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT    Puri Rico    DISTRICT OF    Puerto Rico | PROOF OF CLAIM |
|---|---|

| Name of Debtor    Jeannette Rodriguez | Case Number    10-01736 | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

### Baxter Credit Union

Name and address where notices should be sent:

340 N Milwaukee Ave
Vernon Hills, IL 60061

Telephone number: 847-932-8247

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

_1057-10

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim, dated: _____

1. **Basis for Claim**

☐ Goods sold
☐ Services performed
☑ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #:
Unpaid compensation for services performed
from _____ to _____
(date)      (date)

2. **Date debt was incurred:** 07/22/08

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed: $** _____

| (unsecured) | 20593.46 (secured) | (priority) | 20393.48 (Total) |
|---|---|---|---|

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
☑ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☑ Motor Vehicle
☐ Other _____

Value of Collateral: $ 20,393.48

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 1,811.88

6. **Unsecured Nonpriority Claim** $ _____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. **Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180 day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date    05/21/10 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)    Brian Nuttall | |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

ESTADO LIBRE ASOCIADO DE PUERTO RICO

DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

DIRECTORIA DE SERVICIOS AL CONDUCTOR

# CERTIFICADO DE TITULO

09oct2008 08:19:12 0402-0394-4294-00000000

| NUMERO DE TITULO | FECHA EXPEDICION | NUMERO DE REGISTRO | FECHA DE REGISTRO |
|---|---|---|---|
| A4229173 | 05sep2007 | 6974724 | 27jun2007 |

| NUMERO DE SERIE (VIN) | MARCA | MODELO | AÑO | |
|---|---|---|---|---|
| JA3AU26U58U018642 | Mitsubishi Lancer | | 2008 | 24 |

| | | | TITULO ANTERIOR | | | |
|---|---|---|---|---|---|---|
| 0# | 0# | Nuevo | CertOrig | PR | 0 | |

NOMBRE Y DIRECCION DEL DUEÑO REGISTRADO

Nombre: RODRIGUEZ NEGRON, JEANNETTE

Resid:

ESTE ES SU TITULO DE PROPIEDAD. CONSERVELO EN SITIO SEGURO.

Postal:

GRAVAMENES

PRIMER GRAVAMEN (VENTA CONDICIONAL) — FECHA GRAVAMEN AÑO

BAXTCU — 22jul2008

SEGUNDO GRAVAMEN (OTROS)

CANCELACION GRAVAMEN

EL (LOS) ABAJO FIRMANTE(S) TENEDOR(ES) DEL GRAVAMEN SOBRE EL VEHICULO DE MOTOR DESCRITO ARRIBA, CERTIFICAMOS QUE EL MISMO HA SIDO PAGADO (SI MAS DE UN GRAVAMEN, DEBERAN APARECER DOS FIRMAS)

PRIMER GRAVAMEN _______ FECHA _______ FIRMA AUTORIZADA

SEGUNDO GRAVAMEN _______ FECHA _______ FIRMA AUTORIZADA

NUMERO CONTROL

SECRETARIO(A) O REPRESENTANTE AUTORIZADO

A- 8054582

NO ES VALIDO SI ALTERADO

057 Loan 10: 2008 MITSUBISHI LANCER Remaining Payments     05/21/2010

```
Loan Balance:              15,627.87
Interest Date:             02/28/2010
Interest Rate:                  5.240
Remaining Payment Count:          68
Standard Payment:             301.98
Next Payment Date:         05/30/2010
Final Payment:                160.82
Final Payment Date:        12/30/2015
Remaining Interest:         3,110.51
Remaining Payments:        20,393.48
```